# CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 25-cv-10571

**PNC Bank, National Association**

Plaintiff

vs.

**ABBT Enterprises, Inc., d/b/a Cabinets City, et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint**

| | |
|---|---|
| PARTY SERVED: | **BAYRAM GULSEN** |
| METHOD OF SERVICE: | **Personal Service** - By personally delivering copies to **BAYRAM GULSEN** |
| DATE & TIME OF DELIVERY: | **9/6/2025 at 10:25 AM** |
| ADDRESS, CITY AND STATE: | **6235 PINE TREE DR, LONG GROVE, IL 60047** |
| DESCRIPTION: | Race: **White**  Sex: **Male**  Age: **70**<br>Height: **5'11"**  Weight: **185**  Hair: **Black/Gray**  Glasses: **No** |

Judicial Attorney Services, Inc.  
PO Box 583  
Geneva, IL 60134  
(630) 221-9007

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true. Executed on 9/6/2025.

Richard Gerber  
Registration No: 117-001119

CLIENT: **Carlson Dash**  
FILE #: **1372-1521**

Job #: **640927**

AO 440 (Rev. 06/12)  Summons in a Civil Action  - ILND Electronic Issuance 5/2025

# UNITED STATES DISTRICT COURT
for the

## Northern District of Illinois

|  |  |
|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK

*Amanda Wiatrowski*



September 3, 2025

(By) DEPUTY CLERK

                                                      DATE